ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 30 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| PRESTON LEWIS, Individually And as Executor of the Estate of PHYLLIS LEWIS, Deceased, <br><br> Plaintiff <br><br> vs. <br><br> D. HAYS TRUCKING, INC., FLOYD DEXTER HAYS, HERCULES, INC., BROOKWOOD INS. CO., JOHN DOE INDIVIDUAL(s) 1-3, And JOHN DOE CORP.(s), <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CIVIL ACTION FILE
NO. 1 08-cv-1904 JOF

## NOTICE OF REMOVAL

TO:  THE JUDGES, UNITED STATES DISTRICT COURT
 NORTHERN DISTRICT OF GEORGIA
 ATLANTA DIVISION

Dexter Hays Forest Products (incorrectly identified as D. Hays Trucking)("Hays Forest Products"), Dexter Hays ("Hays") and Brookwood Insurance Company ("Brookwood"), Defendants in the above-styled case, hereby give Notice of Removal in the above-styled case to the United States District

225811v.1

Court for the Northern District of Georgia, Atlanta Division and respectfully shows as follows:

1.

On or about April 29, 2008, Plaintiff Preston Lewis, Individually and as Executor of the Estate of Phyllis Lewis, Deceased, commenced an action against Hays Forest Products, Hays, Brookwood and Hercules, Inc. ("Hercules"), in the State Court of Cobb County, Georgia, entitled "Preston Lewis, Individually and as Executor of the Estate of Phyllis Lewis Deceased vs. D. Hays Trucking, Floyd Dexter Hays, Hercules, Inc., Brookwood Insurance Company, John Doe Individuals 1-3 and John Doe Corporations 1-3," Civil Action File No. 08-A-6283-6 (the "State Court Action"). Defendants Hays Forest Products, Hays and Brookwood acknowledged service of the Summons and Complaint on or about April 30, 2008 and Hercules was served on May 5, 2008. A true copy of the Complaint and all pleadings in the State Court Action are attached hereto as Exhibit "1."

2.

The above-described action is a civil action of which this Court has original jurisdiction under the provisions of 28 USC § 1332(a), and is one which may be removed to this Court by Monaco pursuant to the provisions of 28 USC § 1441(a). See also 28 U.S.C. §§ 1331, 1367.

**3.**

Plaintiff is a citizen of the State of Georgia.

**4.**

Defendant Hays Forest Products (incorrectly identified as Hays Trucking, Inc.) is trade name for a trucking company operated by Dexter Hays located in Alabama and its principal place of business is located in Alabama. See Declaration of Michael Hostetter, Paragraph 3, attached hereto as Exhibit "2."

**5.**

Defendant Hays is a resident of Alabama. See Declaration of Michael Hostetter, Paragraph 4, attached hereto as Exhibit "2."

**6.**

Defendant Brookwood is an Iowa corporation with its principal place of business being located in Omaha, Nebraska. See Declaration of Michael Hostetter, Paragraph 5, attached hereto as Exhibit "2."

**7.**

Defendant Hercules, Inc. is a Georgia limited liability organized under the laws of the State of Georgia with its principal place of business located in Georgia. See Declaration of Mark Johnson, Paragraph 3, attached hereto as Exhibit "3." Therefore, complete diversity exists in this case.

225811v.1

**8.**

Plaintiff's Complaint alleges damages for the wrongful death of Phyllis Lewis and the amount in controversy exceeds the sum of $75,000.00. Williams v. Best Buy Co., 269 F.3d 1316, 1319 (11th Cir.2001) ("When the complaint does not claim a specific amount of damages, removal from state court is proper if it is facially apparent from the complaint that the amount in controversy exceeds the jurisdictional requirement. If the jurisdictional amount is not facially apparent from the complaint, the court should look to the notice of removal and may require evidence relevant to the amount in controversy at the time the case was removed."). See Plaintiff's Complaint for Damages.

**9.**

Defendants Hays Forest Products, Hays, Brookwood and Hercules all consent to the removal of this action. See Declaration of Mark D. Johnson, Paragraph 4.

**WHEREFORE**, Defendants Hays Forest Products, Hays and Brookwood hereby give notice of the removal of this case to the United States District Court for the Northern District of Georgia, Atlanta Division.

225811v.1

This 30th day of May, 2008.

       **NALL & MILLER, LLP**

       By: _____
       **MICHAEL D. HOSTETTER**
       Georgia Bar No. 368420

       **ATTORNEY FOR DEFENDANTS**
       **HAYS FOREST PRODUCTS, DEXTER**
       **HAYS AND BROOKWOOD INSURANCE**
       **COMPANY**

235 Peachtree Street, N.E.
Suite 1500
Atlanta, Georgia 30303
Phone: 404/522-2200
Fax:   404/522-2208
Email: mhostetter@nallmiller.com

225811v.1

5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PRESTON LEWIS, Individually ) <br> And as Executor of the Estate of ) <br> PHYLLIS LEWIS, Deceased, ) <br> ) <br> **Plaintiff** ) <br> vs. ) <br> ) <br> D. HAYS TRUCKING, INC., ) <br> FLOYD DEXTER HAYS, ) <br> HERCULES, INC., ) <br> BROOKWOOD INS. CO., ) <br> JOHN DOE INDIVIDUAL(s) 1-3, ) <br> And JOHN DOE CORP.(s), ) <br> ) <br> **Defendants.** ) <br> ) | CIVIL ACTION FILE NO. _____ |

### **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I have this day served a copy of the within and foregoing **NOTICE OF REMOVAL** in connection with the above-referenced matter by depositing the same in the United States Mail, first class postage prepaid, addressed as follows below.

225811v.1

6

This 30th day of May, 2008.

                NALL & MILLER, LLP

                By: _____
                      MICHAEL D. HOSTETTER
                      GA State Bar No.: 368420

                **ATTORNEY FOR DEFENDANTS HAYS FOREST PRODUCTS, DEXTER HAYS AND BROOKWOOD INSURANCE COMPANY**

**Parties Served**:

Lloyd Bell, Esq.
Bell Law Firm
Two Ravinia Drive, Suite 1270
Atlanta, Georgia 30346

Mark Johnson, Esq.
Gilbert, Harrell, Sumerford & Martin, P.C.
Bank of America Plaza
777 Gloucester Street
Suite 200
P.O. Box 190
Brunswick, GA   31521-0190

225811v.1