IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| PRESTON LEWIS, individually and as Executor of the Estate of PHYLLIS LEWIS, DECEASED, | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO. 1:08-CV-1904 |
| vs. | ) | |
| D. HAYS TRUCKING, INC., FLOYD DEXTER HAYS, HERCULES, INC., BROOKWOOD INSURANCE COMPANY, JOHN DOE INDIVIDUAL(S) 1-3 and JOHN DOE(S) CORPORATION(S) 1-3 | ) | |
| Defendants. | ) | |

**JOINT MOTION TO CORRECT MISNOMER**

COMES NOW, Plaintiff and Defendant in the above-styled case and move this Court to correct the following misnomers:

Change Defendant "D. Hays Trucking, Inc." should be changed to "Dexter Hays Forest Products" and "Hercules Inc." should be changed to "Hercules, Incorporated".

[signatures on following page]

This 20th day of August, 2008,

CONSENTED TO AND SUBMITTED BY:

s/Michael D. Hostetter, Esq.
MICHAEL D. HOSTETTER
Georgia State Bar Number 368420
Attorney for Defendants
Dexter Hays Forest Products,
Floyd Dexter Hays, Hercules, Inc.
and Brookwood Insurance Company

s/Lloyd N. Bell, Esq.
LLOYD N. BELL
Georgia State Bar No. 048800
Attorney for Plaintiff,
Preston Lewis

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PRESTON LEWIS, individually and as Executor of the Estate of PHYLLIS LEWIS, DECEASED,<br><br>Plaintiff,<br><br>vs.<br><br>D. HAYS TRUCKING, INC., FLOYD DEXTER HAYS, HERCULES, INC., BROOKWOOD INSURANCE COMPANY, JOHN DOE INDIVIDUAL(S) 1-3 and JOHN DOE(S) CORPORATION(S) 1-3<br><br>Defendants. | CIVIL ACTION FILE NO. 1:08-CV-1904 |

## CONSENT ORDER

Plaintiff and Defendant's Joint Motion to Correct Misnomer having come before the consideration of this Court, it is hereby Ordered that said Motion is granted.

Defendant "D. Hays Trucking, Inc." misnomer is now changed to "Dexter Hays Forest Products" and "Hercules Inc." misnomer is now changed to "Hercules, Incorporated".

______________________________
The Honorable Judge Owen Forrester
Judge, United States District Court

[consent signatures continued on following page]

CONSENTED TO BY:

s/Michael D. Hostetter, Esq.
MICHAEL D. HOSTETTER
Georgia State Bar Number 368420
Attorney for Defendants
Dexter Hays Forest Products,
Floyd Dexter Hays, Hercules, Inc.
and Brookwood Insurance Company

s/Lloyd N. Bell, Esq.
LLOYD N. BELL
Georgia State Bar No. 048800
Attorney for Plaintiff,
Preston Lewis

## CERTIFICATE OF SERVICE

This is to certify that on August 20, 2008, I electronically filed JOINT MOTION TO CORRECT MISNOMER with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

Michael Hostetter, Esq.
Nall & Miller, LLP
235 Peachtree Street NE
Suite 1500
Atlanta GA 30303-1401

This 20th day of August, 2008.

By: s/Lloyd N. Bell
LLOYD N. BELL
Georgia Bar No. 048800
Attorney for Plaintiff

Bell Law Firm
Two Ravinia Drive, Suite 1270
Atlanta, Georgia 30346
Tele: (770) 393-1610