FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 2 6 2011

JAMES N. HATTEN, Clerk
By: ___ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PRESTON LEWIS, individually and as
Executor of the Estate of Phyllis Lewis,
deceased,

    Plaintiff

v.

FLOYD DEXTER HAYS /
D. HAYS TRUCKING,

    Defendant.

:
:
:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION NO.

1:08-cv-01904-JOF

**VERDICT**

WE, THE JURY, FIND:

1. **NEGLIGENCE**

   a. Defendant Floyd Dexter Hays / D. Hays Trucking was negligent in at least one of the following specified ways?

      1. Drove in excess of posted speed limit?

         √ Yes    ___ No

      2. Failed to keep a proper lookout?

         √ Yes    ___ No

AO 72A
(Rev.8/82)

3. Failed to maintain control of his vehicle?
   \_\_\_\_\_ Yes     \_\_✓\_\_ No

4. Drove using "low beam" headlights that were insufficient to provide a response time to avoid an in-road obstacle?
   \_\_\_\_\_ Yes     \_\_✓\_\_ No

5. Drove a commercial motor vehicle when he was too incapacitated by fatigue to do so?
   \_\_\_\_\_ Yes     \_\_✓\_\_ No

(IF YOU DID NOT ANSWER "YES" TO ANY QUESTION ABOVE, STOP AND RETURN YOUR VERDICT.)

b. Plaintiff suffered damages as a result of Defendant's negligence.
   \_\_✓\_\_ Yes     \_\_\_\_\_ No

(IF THE ANSWER TO QUESTION #1b IS "NO," STOP AND RETURN YOUR VERDICT.).

c. Phyllis Lewis was negligent?
   \_\_✓\_\_ Yes     \_\_\_\_\_ No

(IF THE ANSWER TO QUESTION #1c IS "NO," SKIP TO QUESTION #2)

d.   Percentage of Negligence (the total must equal 100%):

   Percentage attributable to Defendant Floyd
   Dexter Hays / D. Hays Trucking            __60__ %

   Percentage attributable to Phyllis Lewis   __40__ %

(IF THE PERCENTAGE ATTRIBUTABLE TO PHYLLIS LEWIS IS 50% OR MORE STOP AND RETURN YOUR VERDICT).

2.   **DAMAGES**

a.   Plaintiff should be awarded damages for the pre-impact pain and suffering of Phyllis Lewis.
      __✓__ Yes         _____ No

   If your answer is Yes, in what amount?
   $ __20,000__

b.   Plaintiff should be awarded damages for the full value of Phyllis Lewis's life.
      __✓__ Yes         _____ No.

   If your answer is Yes, in what amount?
   $~~1,250~~ 1,250,000

3.  **BAD FAITH**

    Defendant demonstrated bad faith in his actions?

        _____ Yes      ✓ No.

*Josh Couture*
FOREPERSON

9-23-11
DATE